UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL AHUSSAIN, an individual; GHULAM ABBAS, an individual; MASSIE KHODAKHAH aka MARCIE KHODAKHAH, an individual; SYED ALI RAZA RAZVI, an individual; SYED S. ASGHAR, an individual; and NUTRITION 2000, INC., a California Corporation; individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, LLC, a Pennsylvania company; GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV-06-1090-DOC (RNBx)<br><br>**JUDGMENT** |

This matter came on for decision on defendants' motions for summary judgment and for attorneys' fees. Having granted those motions,

It is ORDERED, ADJUDGED and DECREED that judgment shall be and hereby is hereby entered in favor of Defendants and against Plaintiffs in this case.

/ / /

/ / /

1

JUDGMENT IN A CIVIL CASE
CASE NO. SA-CV-06-1090-DOC

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants shall recover from the Plaintiffs, jointly and severally, the amount of $361,794.14 in attorneys' fees and the amount of $16,773.34 in taxable costs.

Dated: May 29, 2009

*/s/ David O. Carter*
DAVID O. CARTER
United States District Court Judge